UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Rosemary A. Gilroy

    v.                                       Civil No. 07-cv-300-PB

James Kasper

**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**

    Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

    **SO ORDERED.**

                                                /s/ James R. Muirhead
                                              James R. Muirhead
                                              United States Magistrate Judge

Date:   September 28, 2007

cc:     Rosemary A. Gilroy, pro se