**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Rosemary A. Gilroy

  v.            Civil No. 07-cv-300-PB

James Kasper and
Ponemah Trust

**O R D E R**

Plaintiff has filed an emergency motion to request that the U.S. District Court resolve any jurisdictional questions and arrange for service of summons to defendant (Document no. 4). Under Local Rule 4.3(d)(1)(B) in forma pauperis complaints are forwarded to me for preliminary review. I receive close to 150 per year and each requires research and an opinion. Unfortunately, that takes time. The statute of limitations question is determined as of the date of plaintiff's filing not as of the date of service of process. We expect the review in this case to occur in the next three weeks.

  **SO ORDERED.**

               /s/ James R. Muirhead
               James R. Muirhead
               United States Magistrate Judge

Date: November 21, 2007

cc:  Rosemary A. Gilroy, pro se