UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Rosemary A. Gilroy</u>

        v.                        Civil No. 07-cv-300-JL

<u>James Kasper, et al.</u>


<u>O R D E R</u>


I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 4, 2008, no objection having been filed.

   SO ORDERED.


March 3, 2008                      <u>/s/ Joseph N. Laplante</u>
                                              Joseph N. Laplante
                                              United States District Judge


cc:    Rosemary A. Gilroy, pro se