UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Rosemary A. Gilroy</u>

      v.            Civil No. 07-cv-300-JL

<u>James Kasper, et al.</u>

AMENDED ORDER

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 4, 2008, no objection having been filed.

Plaintiff's amended complaint is stricken as it re-alleges a dismissed claim. Defendants need only answer the original complaint as it stands after the approval of the Report and Recommendation (although the addition of the two new defendants is allowed).

SO ORDERED.

March 3, 2008                <u>/s/ Joseph N. Laplante</u>
                                          Joseph N. Laplante
                                          United States District Judge

cc:    Rosemary A. Gilroy, pro se