UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Rosemary A. Gilroy

    v.                    Civil No. 07-00300-JL

James Kasper, et al.

**O R D E R**

    The plaintiff's motion to strike (document #17) is construed by the court as a preliminary objection to the motion to dismiss, and the defendants are ordered to re-file an identical motion to dismiss with properly numbered pages (and no other changes).

    The plaintiff's motion to extend time (document #18) is denied as moot.

    The plaintiff's motion to exceed page limitation (document #20) is denied, as it fails to comply with the Local Rules regarding the form and content of such motions, and would be denied on the merits even if it was filed in compliance with the Local Rules.

    **SO ORDERED.**

                                        /s/ Joseph N. Laplante
                                        Joseph N. Laplante
                                        United States District Judge

Dated:  March 28, 2008

cc:  Rosemary A. Gilroy, pro se
     Steven F. Hyde, Esq.
     Kurt McHugh, pro se
     Alan Segal, pro se