UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

-------------------------------------------------------------X

ROSEMARY A. GILROY,

    Plaintiff

VS.

                                  CIVIL ACTION NO.
                                  07-CV300-JL

JAMES KASPER, TRUSTEE, PONEMAH TUST
ALAN SEGAL and KURT McHUGH

    Defendants

-----------------------------------------------------------X

## DEFENDANTS JAMES KASPER, TRUSTEE, PONEMAH TRUST, ALAN SEGAL AND KURT McHUGH'S MOTION TO CONTINUE THE PRETRIAL CONFERENCE

Now comes the Defendants in the above-entitled matter and hereby moves this Honorable Court to continue the date set for the pre-trial conference. As reason therefore, the Defendants have filed a Motion to Dismiss the Plaintiff's Complaint in accordance with Fed.R.Civ.P. 12(b)(6), for failure to state a claim upon which relief may be granted. In the interest of judicial economy, a pre-trial conference should not occur until after the hearing and final order of the Court on said motion.

WHEREFORE, the Defendants respectfully request that the within Motion to Continue the Pre-Trial Conference be allowed, and grant further relief as is just.

| | |
|---|---|
| Respectfully Submitted | Respectfully Submitted |
| By Pro Se Defendant, | By Pro Se Defendant, |
| | |
| __/s/ Alan H. Segal_____ | __/s/ Kurt R. McHugh_____ |
| Alan H. Segal, Esq. | Kurt R. McHugh, Esq. |
| Law Office of Alan H. Segal | Law Office of Alan H. Segal |
| 175 Highland Ave. | 175 Highland Ave. |
| Needham, MA 02494 | Needham, MA 02494 |
| MA BBO # 450580 | MA BBO # 654835 |
| 781-444-9676 | 781-444-9676 |
| _____ | _____ |
| Date | Date |

Respectfully Submitted
James Kasper, Trustee of the Ponemah Trust
By His Attorneys
COAKLEY & HYDE, PLLC


/s/ Steven F. Hyde, Esq.                                     Date: 31-MAR-08
Steven F. Hyde, Esq.
154 Maplewood Ave.
Post Office Box 6590
Portsmouth, New Hampshire 03802
Bar #15147
Ph: 603-319-1731
Fax: 603-319-1727
e-Mail: attorneyhyde@comcast.net